```
              UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF FLORIDA
                    PENSACOLA DIVISION
```

IN RE:                                  CASE NO. 10-31256-PNS3
                                        CHAPTER 13
HORACE R. JAMES, JR.


_____Debtor(s)_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: DEUTSCHE BANK/HOMEQ SERVICING which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 421104 in the amount of 713.40 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| HORACE R. JAMES, JR. | DEUTSCHE BANK/ HOMEQ SERVICING |
| 314 LINCOLN AVENUE | P.O. BOX 13716 |
| VALPARAISO, FL 32580 | SACRAMENTO, CA 95853 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

9/29/2011  1:57 pm / CR_213