```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                      PENSACOLA DIVISION
```

IN RE:                                    CASE NO. 10-31256-PNS3
                                          CHAPTER 13
HORACE R. JAMES, JR.

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: DEUTSCHE BANK/HOMEQ SERVICING which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 422813 in the amount of 379.65 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
                          OFFICE OF THE CHAPTER 13 TRUSTEE
                          POST OFFICE BOX 646
                          TALLAHASSEE, FL 32302
                          ldhecf@earthlink.net
                          (850) 681-2734 "Telephone"
                          (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| HORACE R. JAMES, JR.<br>314 LINCOLN AVENUE<br>VALPARAISO, FL 32580 | DEUTSCHE BANK/ HOMEQ SERVICING<br>P.O. BOX 13716<br>SACRAMENTO, CA 95853 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
10/28/2011  1:25 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```